# Unclaimed Funds

Entered 1/1/2001 to 4/25/2013

| Case No./ Cred No. | Creditor | Amount | Entered |
|---|---|---|---|
| [09-17921 -jnf](#) 18922364 | Phuongthao Thi Hua 14 Bartlett Street Randolph, MA 02368 02368 | 700.00 | 04/25/2013 |

**Grand Total: 700.00**